B.E.E. INTERNATIONAL, LTD., B.E.E. International, Inc., and Tal Shechter, Plaintiffs–Appellants,

v.

Michael HAWES, Nicole Hawes, Belovo Incorporated and Belovo SA, Defendants–Appellees.

No. 06–1241.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.